1  Jack Russo (Cal. Bar No. 96068)
   Christopher Sargent (Cal. Bar No. 246285)
2  COMPUTERLAW GROUP LLP
   401 Florence Street
3  Palo Alto, CA 94301
   (650) 327-9800
4  (650) 618-1863 fax
   jrusso@computerlaw.com
5  csargent@computerlaw.com

6  Attorneys for Plaintiff
   NORTH AMERICA PHOTON INFOTECH, LTD.



IT IS SO ORDERED

Judge Edward J. Davila

DATED: 5/18/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**North America Photon Infotech, Ltd.,** a Mauritian Corporation

        Plaintiff;

    v.

**Viggle, Inc.,** a Corporation

        Defendants.

Case No. 5:16-cv-01521-EJD

**NOTICE OF VOLUNTARY DISMISSAL**

1  TO THE HONORABLE COURT, AND TO DEFENDANT VIGGLE, INC. AND ITS COUNSEL OF
2  RECORD.
3      PLEASE TAKE NOTICE that on May 17, 2016 and pursuant to Federal Rules of Civil
4  Procedure Rule 41(a), Plaintiff North America Photon Infotech, Ltd. voluntarily dismisses the
5  above-captioned action with prejudice.
6      The Clerk shall close this file.

Dated: May 17, 2016

Respectfully submitted,
COMPUTERLAW GROUP LLP

By: /s/Christopher Sargent
    Christopher Sargent

Attorneys for Plaintiff
NORTH AMERICA PHOTON INFOTECH, LTD.